UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK D. PINA, | |
| Plaintiff, | **20 Civ. 1371 (PAE) (BCM)** |
| - against - | |
| UNITED STATES OF AMERICA, | **NOTICE OF MOTION** |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declaration of Kimberly A. Herbst, Defendant United States of America, through its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order partially dismissing this action under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         September 15, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Attorney for United States of America*

By:      /s/ *Joshua E. Kahane*
         JOSHUA E. KAHANE
         Assistant United States Attorney
         86 Chambers Street, 3rd Floor
         New York, New York 10007
         Tel.    (212) 637-2699
         Email: joshua.kahane@usdoj.gov

cc: Frederick D. Pina (via Certified Mail)