UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDERICK D. PINA,

                              Plaintiff,

               -v-

UNITED STATES OF AMERICA,

                             Defendants.

20 Civ. 1371 (PAE) (BCM)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from plaintiff Frederick Pina. This matter remains under the general pretrial supervision of Magistrate Judge Moses.

SO ORDERED.

                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: September 30, 2020
         New York, New York

Friday, September 25, 2020

Honorable Paul A. Engelmayer, US District Judge
c/o: Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Joshua E. Kahane, Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

RE: Case 1:20-cv-01371-PAE-BCM

Dear Judge Engelmayer,

I am writing this letter this Friday afternoon to formally respond to the first time to the legal threats posed by US Attorney's Office in the matter of lawsuit against the US Government. I want to first thank you for taking the time to read. This is not a position that I personally wanted to find myself in, but after fruitless pleading with the US Postal Service adjuster in their National Tort Claim center, and affter my previous personal injury attorney ("Thomas W. Hochberg, Esq."); had engaged in legal malpractice; of which there is still an active and pending complaint and investigation by the New York State Attorney Grievance Committee, of which I had been awaiting their results of; and which supporting documentation is attached to this letter for your review.

Secondly, I had not received my mail from the US Attorney's Office; as I had fallen into a personal crisis, as the US Postal Service accident; of which there is supporting at-fault letter establishing this from the New York Police Department; has left me destitute and struggling with medical issues.

Lastly,

The Government has been aware and has known my direct email from the beginning of this process, of which the adjuster at the Post Office; had previously been in communications with me. If the US Attorney's Office strategy of purposely keeping in the dark as a basis for gaining a legal advantage is they conduct themselves before you your Honor, I wish the record to reflect this.

In Conclusion,

I am formally requesting that you grant me adequate time to further study the Government's legal papers and to also allow me to obtain an attorney to represent me in this legal controversy ; as I am only a local artist and not someone trained in the federal Tort Claims Act.

~~Thank you!~~

Frederick Pina, IN PRO PER

357 Marcus Garvey Blvd., #109
Brooklyn, New York 11221
(332) 207-1861
Pina.frederick@gmail.com

**ATTORNEY GRIEVANCE COMMITTEE**
STATE OF NEW YORK
SUPREME COURT APPELLATE DIVISION
FIRST JUDICIAL DEPARTMENT
180 MAIDEN LANE · 17TH FLOOR
NEW YORK, NEW YORK 10038
(212) 401-0800
EMAIL: AD1-AGC@NYCOURTS.GOV

ROBERT J. ANELLO
CHAIR

RICARDO E. OQUENDO
VICE CHAIR

JORGE DOPICO
CHIEF ATTORNEY

DEPUTY CHIEF ATTORNEYS
ANGELA CHRISTMAS
NAOMI F. GOLDSTEIN
VITALY LIPKANSKY
RAYMOND VALLEJO

STAFF ATTORNEYS
DANIEL D. BAEK
SEAN A. BRANDVEEN
KEVIN P. CULLEY
KEVIN M. DOYLE
PETER M. HERTZOG
KELLY A. LATHAM
JUN H. LEE
THOMAS M. LEE
NORMA I. LOPEZ
NORMA I. MELENDEZ
ELISABETH A. PALLADINO
KATHY W. PARRINO
ORLANDO REYES
YVETTE A. ROSARIO
REMI E. SHEA
DENICE M. SZEKELY

June 23, 2020

**PERSONAL AND CONFIDENTIAL**

Frederick Pina
296 9th Avenue
New York, NY 10001-5703
By email only: pina.frederick@gmail.com

Re:   Matter of Thomas W. Hochberg, Esq.
      Docket No. 2019.1789

Dear Mr. Pina:

This will acknowledge receipt of your request for reconsideration of the determination to dismiss your complaint against the above named attorney. You will be advised in writing when the Committee reaches a decision.

Thank you for your patience.

Very truly yours,

Jorge Dopico
Chief Attorney

JD:lc
Recon

FREDERICK PIÑA
357 MARCUS GARVEY BLVD, #109
BROOKLYN, NEW YORK 11221

NEW YORK NY 100
28 SEP 2020 PM 14 L

HON. PAUL A. ENGELMAYER, US DISTRICT JUDGE
C/O: THURGOOD MARSHALL US COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

Rec'd 9/30/2 ny

10007-150299