

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK D. PINA,

        Plaintiff,

  -against-

THE UNITED STATES OF AMERICA,

        Defendant.

20-CV-1371 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter to Judge Engelmayer, dated September 25, 2020 (Dkt. No. 22 at ECF pages 2-3), seeking "adequate time to further study the Government's legal papers" and seek an attorney. The Court presumes that the "legal papers" in question are the motion to dismiss and supporting papers that the government served on plaintiff at his address of record on September 15, 2020 (Dkt. Nos. 14-17) and re-served on September 22, 2020 (Dkt. No. 21), after numerous items of mail sent to plaintiff's address of record were retuned as undeliverable and chambers learned from plaintiff that his mailing address had changed. (*See* Dkt. No. 20.)

    It is hereby ORDERED that:

1. On or before **October 15, 2020**, plaintiff shall file a Notice of Change of Address confirming his mailing address and including his telephone number and email address. The form is available on the Court's website at https://nysd.uscourts.gov/node/823. It is plaintiff's responsibility, not the Court's or the defendant's, to update the record in this action with his correct address and other contact information.

2. Plaintiff's deadline to respond to defendant's motion to dismiss is EXTENDED to **October 30, 2020**. If plaintiff retains an attorney before that date, his counsel shall promptly file a notice of appearance.

    Chambers will mail a copy of this Order to the plaintiff.

Dated:  New York, New York
       October 6, 2020                    **SO ORDERED**.

                                                   **BARBARA MOSES**
                                                   United States Magistrate Judge