UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDERICK D. PIÑA,

                            Plaintiff,

                  -v-

UNITED STATES OF AMERICA,

                            Defendant.

20 Civ. 1371 (PAE) (BCM)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On April 20, 2021, Judge Moses issued a report and recommendation that recommended the dismissal of *pro se* plaintiff Frederick D. Piña's complaint in part, to the extent Piña sought lost-business damages that he had not presented to the Government before filing suit. Dkt. 29 ("Report"). On May 12, 2021, the Court adopted that report in full. Dkt. 31. On May 18, 2021, Piña filed a letter notifying the Court that he had not received the Report because of an intervening change in his mailing address, and therefore had been deprived of an opportunity to file objections to it. Dkt. 32. On May 20, 2021, to ensure that Piña had a meaningful opportunity to file such objections, the Court granted Piña an additional two weeks, until June 3, 2021, to do so. Dkt. 33. Instead, on May 26, 2021 Piña filed another letter reprising similar complaints to those in his May 18, 2021 letter, and arguing that the Government should be prohibited from challenging his claim for $146 million in lost-business damages. Dkt. 34. On May 28, 2021, the Court rejected Piña's claim that his failure to initially receive the Report barred the Government from opposing his claim, and informed him that he remained free to submit objections to the Report by June 3, 2021. Dkt. 35.

The Court has not received any further correspondence or objections from Piña. Accordingly, the Court's prior order adopting the Report in full stands, and this case remains under the able general pretrial supervision of Judge Moses.

The Clerk of Court is respectfully directed to mail a copy of this Order to Piña.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 14, 2021
   New York, New York