```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK D. PINA,

        Plaintiff,

  -against-

THE UNITED STATES OF AMERICA,

        Defendant.

20-CV-1371 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties having declined to proceed with court-annexed mediation (Dkt. Nos. 55, 56), plaintiff is reminded that he must pursue this action diligently and in accordance with all applicable Federal and local rules, and comply with all deadlines, discovery responsibilities and other obligations set forth therein or in this Court's orders. (*See* Dkt. No. 53.) Should he fail to do so, the Court could impose significant sanctions, including but not limited to financial penalties and the dismissal of all or part of this case.

    Plaintiff is further reminded that evidence of the parties' settlement negotiations, including any settlement demands or offers, is generally inadmissible as to either liability or damages, *see* Fed. R. Evid. 408(a), and should not be placed on the public record of this action.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff.

Dated: New York, New York
       February 10, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**