UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDERICK D. PIÑA,

                Plaintiff,

           -v-

UNITED STATES OF AMERICA,

                Defendant.

20 Civ. 1371 (PAE) (BCM)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On March 21, 2022, plaintiff Frederick D. Piña filed a motion to vacate defendant's partial motion to dismiss. Dkt. 59. These claims have been repeatedly and thoroughly addressed by this Court and Judge Moses, which have both given Piña due solicitude. *See* Dkts. 29, 31, 33, 35, 41, 58. This motion raises no new or meritorious grounds, and his claims have no basis. The motion is denied. Piña is reminded to pursue his claims with the decorum and courtesy expected of all litigants. *See* Dkt. 52 at 2.

    The Clerk of Court is respectfully directed to close the motion pending at 59 and to mail a copy of this Order to Piña.

    SO ORDERED.

                                              Paul A. Engelmayer
                                              United States District Judge

Dated: March 31, 2022
       New York, New York