```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK D. PIÑA,

    Plaintiff,

-against-

THE UNITED STATES OF AMERICA,

    Defendant.

20-CV-1371 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's conference, it is ORDERED that:

1. Disclosure of *affirmative* expert evidence, by either party, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **November 30, 2022**. The disclosure of expert evidence intended *solely* to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **December 29, 2022**. Depositions of experts shall be completed no later than **January 30, 2023**.

2. Judge Moses will conduct a status conference on **December 6, 2022, at 10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **November 29, 2022**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
      October 4, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**