```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK D. PIÑA,

         Plaintiff,

-against-

THE UNITED STATES OF AMERICA,

         Defendant.

20-CV-1371 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff was assessed a $100 penalty on April 25, 2022, as a sanction for his disobedience of a prior court order. (Dkt. 74, ¶ 2.) Without offering any excuse, he failed to pay that penalty on the date it was due, which was May 6, 2022. *Id*. On February 2, 2023, the Court directed plaintiff to pay the $100 penalty no later than February 16, 2023. (Dkt. 117, at 4.) Without offering any excuse, plaintiff once again failed to pay the penalty.

    It is hereby ORDERED that plaintiff shall pay the monetary sanction previously imposed on him by the Court no later than **March 13, 2023**.

Dated: New York, New York
       February 27, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**